UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **JOHN WITTNER,** | ) |
| **Plaintiff,** | ) Case No. SACV 11-01926 AJW |
| v. | ) **J U D G M E N T** |
| **MICHAEL J. ASTRUE,** **Commissioner of the Social Security Administration,** | ) |
| **Defendant.** | ) |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

December 12, 2012

_____
ANDREW J. WISTRICH
United States Magistrate Judge